IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PETER J. GANTNIER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05cv3263 |
| | ) | |
| v. | ) | |
| | ) | |
| UNION PACIFIC RAILROAD COMPANY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by January 03, 2006, file their Report of Parties' Planning Conference.

DATED December 14, 2005.

/s/   *David L. Piester*
United States Magistrate Judge