```
        IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| PETER J. GANTNIER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3263 |
| | ) | |
| v. | ) | |
| | ) | |
| UNION PACIFIC RAILROAD | ) | MEMORANDUM AND ORDER |
| COMPANY, a Delaware | ) | |
| corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The court has been notified that the parties' efforts to settle in mediation have failed.  Accordingly,

IT THEREFORE HEREBY IS ORDERED,

This case is reinstated to the active trial docket, and

1. The deposition deadline is set for December 21, 2006.

2. The pretrial conference will be held January 23, 2007 at 11:00 a.m. before the undersigned magistrate judge.

3. Jury trial is set for 9:00 a.m., March 5, 2007 for a duration of five trial days before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  Trial is subject to the prior disposition or continuance of any criminal matters which may be set for that week.

DATED this 7th day of December, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge