```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| PETER J. GANTNIER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3263 |
| | ) | |
| v. | ) | |
| | ) | |
| UNION PACIFIC RAILROAD | ) | ORDER |
| COMPANY, a Delaware | ) | |
| corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED: The plaintiff's unopposed oral motion to re-schedule the pretrial conference is granted. The pretrial conference, previously scheduled for February 23, 2007, will be held before the undersigned on February 20, 2007 at 1:00 p.m.

DATED this 27th day of December, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge