```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| PETER J. GANTNIER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3263 |
| | ) | |
| v. | ) | |
| | ) | |
| UNION PACIFIC RAILROAD | ) | ORDER |
| COMPANY, a Delaware | ) | |
| corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

1. The defendant's unopposed motion for leave to amend answer, filing 44, is granted.

2. Defendant's amended answer, a copy of which is attached to defendant's motion, shall be filed on or before January 5, 2007.

DATED this 29th day of December, 2006.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge