```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEBRASKA


PETER J. GANTNIER,              )
                                )
          Plaintiff,            )
     vs.                        )         4:05cv3295
                                )
UNION PACIFIC RAILROAD          )         JUDGMENT
COMPANY, a Delaware             )
corporation,                    )
                                )
          Defendant.            )
```

     This action came on for trial before the court and a jury, the Honorable Richard G. Kopf, United States District Judge presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

     IT IS ORDERED AND ADJUDGED that the plaintiff, Peter J. Gantnier, recover of the defendant, Union Pacific Railroad Company, the sum of sixty-seven thousand four hundred dollars ($67,400.00) in damages and taxable costs of this action with interest thereon at the rate of 4.96 percent per annum as provided by law.

     Dated at Lincoln, Nebraska, this 7th day of March, 2007.

                                       DENISE M. LUCKS
                                       Clerk of the Court

                                       By s/ Colleen C. Beran
                                              Deputy Clerk